**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

        **v.**                         **CR. 05-342-15 (RCL)**

**JOSE HUGO ALVAREZ-LOZANO**

**MOTION FOR THE GOVERNMENT TO PRODUCE
A SCHEMATIC OF INTERRELATEDNESS OF CONSPIRACY**

Jose Hugo Alvarez-Lozano, through counsel, moves this honorable Court to order the Government to produce a schematic of interrelatedness of the alleged co-conspirators to enable counsel to understand the Governments theory of admissibility of co conspirator statements. The defendants request immediate disclosure of this information to permit meaningful trial preparation. In support of this motion the defendant states as follows:

1. Jose Hugo Alvarez Lozano has been charged along with twenty five co-defendants by a Third Superceding Indictment filed May 6, 2008, with violating title 21 USC 959 and 960 in Columbia and elsewhere. There are several CD's of telephone calls seized from multiple lengthy overseas wiretaps.

2. Based on the Indictment and the discovery disclosed to date the configuration of the alleged conspiracy is not apparent to the charged defendants.

3.   The defendants request the government enlighten counsel with a schematic of the alleged conspiracy and what facts and information unifies the individual defendants into the single conspiracy.

4.   The defendants charged in this Indictment need to be informed of the nature and cause of the accusation.  **Sixth Amendment.**

5.   The defendants request the Government inform counsel what discovery attaches to each count of the Indictment and what discovery attaches to each defendant charged in the Indictment.

6.   The defendants request the Government produce a schematic of interrelatedness and also disclose what statements they intend to proffer as to each defendant and what proof exists the statement was made by a co conspirator during the course of and in furtherance of the conspiracy. FRE 801(d)(2)(E).

   **Wherefore** the defendants respectfully request the Court grant this Motion and Order the Government to make the requested disclosures.

Respectfully submitted,


_____/s/_____
H. Heather Shaner  #273276
Appointed by the Court for
Jose Hugo Alvarez Lozano
1702 S Street NW
Washington, D.C.  20009
Tel. 202 265 8210