UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff   )<br>  )<br>  )<br>   v.   )<br>  )<br> ALVARO SERRANO ARCHBOLD-  )<br> MANNER, et. al.,   )<br>  )<br>   Defendants.   ) | CR. NO. 05-267 (RMC) |

**ORDER**

Upon consideration of the Defendant's Pretrial Motions and the Government's Omnibus Response in Opposition to Defendant's Pretrial Motions it is **ORDERED**, that the Defendant's Motion to Dismiss Indictment for Lack of Venue be **DENIED**.

**SO ORDERED**,

_____          _____
    DATE                                                HONORABLE ROYCE C. LAMBERTH
                                                        U.S. DISTRICT JUDGE
                                                        UNITED STATES DISTRICT COURT
                                                        FOR THE DISTRICT OF COLUMBIA